# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00158-SAB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF COPY OF DOCKET<br><br>(ECF No. 7) |

Plaintiff Pedro Rodriguez, a state prisoner appearing pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2019, Plaintiff filed notice of change of address and request for status of the case. (ECF No. 7.) Plaintiff's address remains the same.

The Clerk of the Court is HEREBY DIRECTED to send Plaintiff a copy of the docket in this action.

IT IS SO ORDERED.

Dated: **August 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1