# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00158-SAB (PC)<br><br>Appeal No. 20-16424<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(Doc. No. 17) |

On July 14, 2020, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed, with prejudice, for failure to state a cognizable claim for relief and judgment was entered. (Doc. Nos. 12, 13.) On July 23, 2020, Plaintiff filed a notice of appeal. (Doc. No. 13.) On August 3, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (Doc. No. 17.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **August 5, 2020**

UNITED STATES MAGISTRATE JUDGE